IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>BARBARA ANN BUTLER<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>BARBARA ANN BUTLER,<br>    Debtor | Case No. 1:22-bk-02337-HWV<br>Chapter 13 |

**NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

    NOW COMES Creditor, Freedom Mortgage Corporation ("CREDITOR"), by and through undersigned counsel, and hereby submits Notice to the Court of the forbearance offer with respect to Creditor's residential mortgage claim which is identified on the Court's claim register as Claim No. 5 (the "Claim").

    The Claim is eligible for a forbearance period based upon the Debtor material financial hardship caused by the COVID-19 pandemic. As a result, the Debtor shall not be required to tender mortgage payments to Creditor that would come due on the Claim starting September 1, 2022 through May 31, 2023.

    Creditor, at this time, does not waive any rights to collect the payments that come due during this forbearance period.

    Debtor will resume Mortgage payments beginning June 1, 2023 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears").

    Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter inter loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

    Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

22-20723 BKOBJ01

Case 1:22-bk-02337-HWV   Doc 29   Filed 03/01/23   Entered 03/01/23 15:46:09   Desc
Main Document    Page 1 of 4

Respectfully Submitted,

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-20723 BKOBJ01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Harrisburg Division*

| | |
|---|---|
| IN RE:<br> BARBARA ANN BUTLER<br><br>Freedom Mortgage Corporation,<br><br>      Movant<br><br>vs.<br><br> BARBARA ANN BUTLER,<br>      Debtor | Case No. 1:22-bk-02337-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Forbearance Due To The Covid-19 Pandemic has been electronically served or mailed, postage prepaid on this day to the following:

BARBARA ANN BUTLER
299 LEVEL ROAD
HUMMELSTOWN, PA 17036

Kara Katherine Gendron, Debtor's Attorney
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
mottgendronecf@gmail.com

Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

 US Trustee
United States Trustee
228 Walnut Street, Suite 1190

22-20723 BKOBJ01

Harrisburg, PA 17101

<u>March 1, 2023</u>

                                              */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-20723 BKOBJ01