UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA ANN BUTLER

    Debtor(s)

JACK N. ZAHAROPOULOS　　　　　　　　　　CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

BARBARA ANN BUTLER

                                      CASE NO: 1-22-02337-HWV

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 17, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:　January 17, 2025　　　　　　　　　　Respectfully submitted,

                                                /s/　Douglas R. Roeder, Esquire
                                                ID: 80016
                                                Attorney for Trustee
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA ANN BUTLER

                Debtor(s)

JACK N. ZAHAROPOULOS                  CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant

vs.

BARBARA ANN BUTLER

                                                                           CASE NO: 1-22-02337-HWV

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    February 19, 2025
Time:   09:35 AM
           Sylvia H. Rambo United States Courthouse
           Bankruptcy Courtroom 4B, 4th Floor
           1501 North 6th Street
           Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH:** $ 2052.00
   **AMOUNT DUE FOR THIS MONTH:** $682.00
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:** $2734.00

   **NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
         **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: January 17, 2025

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA ANN BUTLER

    Debtor(s)

JACK N. ZAHAROPOULOS      CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

BARBARA ANN BUTLER

     CASE NO: 1-22-02337-HWV

    Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 17, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA 17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

SERVED BY FIRST CLASS MAIL

BARBARA ANN BUTLER
299 LEVEL ROAD
HUMMELSTOWN PA 17036

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 17, 2025      /s/ Tammy Life
     Office of the Standing Chapter 13 Trustee
     Jack N. Zaharopoulos
     Suite A, 8125 Adams Dr.
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BARBARA ANN BUTLER

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 1-22-02337-HWV

vs.

BARBARA ANN BUTLER

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.