United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-02337-HWV

Barbara Ann Butler     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 19, 2025     Form ID: ordsmiss     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Ann Butler, 299 Level Road, Hummelstown, PA 17036-7633 |
| 5509371 | + | EBONY R HAMMOND ESQUIRE, JSC LAW OFFICES, 11 EAST CHOCOLATE AVE, HERSHEY, PA 17033-1320 |
| 5509374 | + | HEATHER ANN BUTLER MESKO, 321 SUGAR ROAD, FREDERICKSBURG, PA 17026-9495 |
| 5509375 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5509377 | + | JPMCB CARD AMAZON PRIME, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5509378 | + | KELLI B STATT ESQUIRE, STATT LAW PLLC, 4800 LINGLESTOWN ROAD, SUITE 104, HARRISBURG, PA 17112-9507 |
| 5509380 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5509381 | | RETREAT AT LANCASTER COUNTY, 1170 S STATE STREET, EPHRATA, PA 17522-2601 |
| 5509382 | + | SOUTH CENTRAL EMS, INC, BILLING OFFICE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5509383 | | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5509384 | | SYNCB/NETWKR/HOME, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5509385 | + | SYNCB/SAMSDC, BANKRUPTCY NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5509387 | + | TOWER HEALTH, ATTN PATIENT BILLING, PO BOX 16051, READING, PA 19612-6051 |
| 5509386 | + | Tenants Jeremy Hughes & Angela Blouch, 299 Level Road, Apt 1, Hummelstown, PA 17036-7633 |
| 5509390 | | WELLS FARGO BANK, SAFE DEPOSIT BOX OPERATIONS, MAC P6103-051, PO BOX 3446, PORTLAND, OR 97208 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 19 2025 19:01:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | EDI: PRA.COM | Feb 19 2025 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5509366 | + | EDI: TSYS2 | Feb 19 2025 23:45:00 | BARCLAY'S BANK DE JUNIPER, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5509367 | + | EDI: CITICORP | Feb 19 2025 23:45:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5509368 | | EDI: PENNDEPTREV | Feb 19 2025 23:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5509368 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 19:01:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5509388 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 19 2025 19:00:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5509369 | | EDI: DISCOVER | Feb 19 2025 23:45:00 | DISCOVER BANK BK NOTICES, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5509370 | + | EDI: DISCOVERPL | Feb 19 2025 23:45:00 | DISCOVER PERSONAL LOANS, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5510221 | | EDI: DISCOVER | Feb 19 2025 23:45:00 | 30954, SALT LAKE CITY, UT 84130-0954<br>Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5509372 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 19 2025 19:01:00 | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197 |
| 5509373 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 19 2025 19:01:00 | FREEDOM MORTGAGE CORPORATION, ATTN BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 5509376 | | EDI: IRS.COM | Feb 19 2025 23:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5520836 | | EDI: JEFFERSONCAP.COM | Feb 19 2025 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5512725 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 19 2025 19:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5519224 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 18:56:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5509379 | + | Email/Text: Unger@Members1st.org | Feb 19 2025 19:01:00 | MEMBERS 1ST FCU, BK NOTICES, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5521226 | | EDI: PRA.COM | Feb 19 2025 23:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5509383 | | EDI: SYNC | Feb 19 2025 23:45:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5509384 | | EDI: SYNC | Feb 19 2025 23:45:00 | SYNCB/NETWKR/HOME, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5509385 | + | EDI: SYNC | Feb 19 2025 23:45:00 | SYNCB/SAMSDC, BANKRUPTCY NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5509513 | ^ | MEBN | Feb 19 2025 18:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5509389 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 19 2025 19:00:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5510070 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5518858 | *+ | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 19, 2025 | Form ID: ordsmiss | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Barbara Ann Butler DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Barbara Ann Butler karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara Ann Butler,       Chapter     13

**Debtor 1**

Case No.     1:22−bk−02337−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 19, 2025

ordsmiss (05/18)